COM.

v.

MILINSKI, B.

3838 EDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–45–CR–0001044–2013 (Monroe)

Affirmed

COM.

v.

BOZARTH, C.

224 EDA 2017

Superior Court of Pennsylvania.

07/19/2017

Reargument Denied 9/27/2017

CP–09–MD–0002487–2016 (Bucks)

Affirmed

COM.

v.

RICE, D.

112 MDA 2017

Superior Court of Pennsylvania.

07/19/2017

CP–36–CR–0003324–2011 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

LARAMY, E.

150 MDA 2017

Superior Court of Pennsylvania.

07/19/2017

CP–01–CR–0000143–2010, CP–01–CR–0000146–2010 (Adams)

Affirmed—Application to Withdraw as Counsel Granted